**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ELBA I. SALGADO,

                Plaintiff,

   -v-

ANDREW M. SAUL,
Commissioner of Social Security,
                Defendant.
-----------------------------------------------------------X

19 **CIVIL** 4151 (GWG)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 11, 2020, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
          February 11, 2020

                                                  **RUBY J. KRAJICK**
                                                    Clerk of Court
                                 BY:

                                                           Deputy Clerk

                                                   THIS DOCUMENT WAS ENTERED
                                                   ON THE DOCKET ON 2/11/2020